No. 17,548.

LORA E. CARGILL *v.* MARTHA BRADY, A MINOR, AND JOHN BRADY.

(283 P. [2d] 651)

Decided May 16, 1955.   Rehearing denied May 31, 1955.

Messrs. WOLVINGTON & WORMWOOD, for plaintiff in error.

Messrs. MURRAY, BAKER & WENDELKEN, Mr. H. T. McGARRY, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment for plaintiffs affirmed without written opinion.